IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF MISSISSIPPI
ABERDEEN DIVISION

KAREN WILSON                                                              PLAINTIFF

V.                                                   CIVIL ACTION NO. 1:19-CV-00177-SA-RP

WAL-MART STORES EAST, LP                                      DEFENDANT

AGREED JUDGMENT OF DISMISSAL WITH PREJUDICE

THIS CAUSE having come on for consideration on the *ore tenus* motion of Plaintiff, Karen Wilson, through her attorney, for entry of a Judgment of Dismissal to dismiss this cause with prejudice on the basis that all claims have been fully resolved and compromised, and the Court, understanding that Defendant Wal-Mart Stores East, LP, joins this motion, finds that the relief requested is well founded and should be GRANTED.

IT IS, THEREFORE, ORDERED AND ADJUDGED, that the herein-styled and numbered cause be, and the same hereby is, dismissed with prejudice.

SO ORDERED, this the 26th day of June, 2020.

                                                  /s/ Sharion Aycock
                                                  UNITED STATES DISTRICT JUDGE

APPROVED AND AGREED TO BY:

| | |
|---|---|
| *s/ Thomas M. Louis* | *s/ George E. Dent* |
| Thomas M. Louis (MSB No. 8484) | George E. Dent (MSB No. 6052) |
| Dorissa S. Smith (MSB No. 104541) | Greer, Russell, Dent & Leathers, PLLC |
| Wells Marble & Hurst, PLLC | P. O. Box 907 |
| P. O. Box 131 | Tupelo, MS 38802 |
| Jackson, MS 39205-0131 | *Attorney for Plaintiff* |
| *Attorneys for Defendant* | |